| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 10/02/13 @ 11:15 am | Copy of warrant and inventory left with: |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

RECORDS TO BE RECEIVED

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT -3 2013

JULIA C. DUDLEY, CLERK
BY: /s/ C. Subser
DEPUTY CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/02/13

Executing officer's signature

DUSTY SLATTERWHITE
Printed name and title

Returned to me this 3rd of October, 2013

Pamela Meade Sargent
USMJ